UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| SHELTER MUTUAL INSURANCE COMPANY | PLAINTIFF |
| v. | NO. 5:24-CV-16-BJB |
| B.J. GRAVES HVAC, LLC, ET AL. | DEFENDANTS |

\*\*\*\*\*

### ORDER

Judge Beaton held a remote hearing on July 8, 2024, regarding B.J. Graves' and Kentucky Farm Bureau's motions to dismiss (DNs 14 & 15). At the hearing, Kentucky Farm Bureau withdrew the diversity-jurisdiction argument presented in its motion to dismiss (DN 15).

All parties joined issue on whether the Court should exercise its "unique and substantial discretion in deciding whether to" retain jurisdiction over this declaratory-judgment action. *Wilton v. Seven Falls Co.*, 515 U.S. 277, 286 (1995). Guided by the Sixth Circuit's analysis in *Grand Trunk W. R.R. Co. v. Consolidated Rail Corp.*, the Court declines to exercise jurisdiction and dismisses the insurer's declaratory-judgment action because the costs of taking jurisdiction outweigh the benefits. 746 F.2d 323 (6th Cir. 1984) (discussing at least five factors and two overarching criteria guiding the exercise of district-court discretion to hear a declaratory-judgment suit). As explained on the record, the risk of inconsistency and tension between state and federal court decisions, the efficiency of proceeding in a single lawsuit, and factual questions potentially requiring duplicative adjudication all counsel in favor of declining jurisdiction. *See, e.g.*, *American National Property & Casualty Co. v. Wilson*, No. 18-cv-116, 2019 WL 1876797, at \*3, 4, 6 (E.D. Ky. Apr. 26, 2019). A judgment from this Court would be unlikely to serve a useful purpose in clarifying the legal relations at issue or to relieve the uncertainty, insecurity, and controversy giving rise to this proceeding. *Grand Trunk*, 746 F.2d at 326 (quoting EDWIN M. BORCHARD, DECLARATORY JUDGMENTS § 299 (2d ed. 1941)).

The Court therefore denies in part and grants in part the motion to dismiss filed by Kentucky Farm Bureau (DN 15) and grants B.J. Graves' motion to dismiss (DN 14).

Benjamin Beaton, District Judge
United States District Court

July 9, 2024