# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| **SHELTER MUTUAL INSURANCE COMPANY** | **PLAINTIFF** |
| v. | No. 5:24-CV-16-BJB |
| **B.J. GRAVES HVAC, LLC, ET AL.** | **DEFENDANTS** |

## JUDGMENT

In light of the Court's order (DN 25) granting B.J. Graves' motion to dismiss (DN 14) and granting in part Kentucky Farm Bureau's motion to dismiss (DN 15), the Court dismisses this case and strikes it from the Court's active docket. This is a final order.

cc: Counsel of record

*Benjamin Beaton, District Judge*
*United States District Court*

July 9, 2024